

# Fourth Court of Appeals
## San Antonio, Texas

March 18, 2020

No. 04-20-00145-CR

**IN RE Jimmy Wayne COOK**

Original Mandamus Proceeding[1]

**ORDER**

On March 6, 2020, relator filed a petition for writ of mandamus. After considering the petition, we conclude this court does not have jurisdiction to grant relator mandamus relief. Accordingly, the petition for writ of mandamus is dismissed for want of jurisdiction. *See* TEX. R. APP. P. 52.8(a).

It is so **ORDERED** on March 18, 2020.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of March, 2020.

_Michael A. Cruz_
Michael A. Cruz, Clerk of Court

---

[1] This proceeding arises out of Cause No. 2016CR4105, styled *The State of Texas v. Jimmy Wayne Cook*, pending in the 226th Judicial District Court, Bexar County, Texas, the Honorable Sid L. Harle presiding.